NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE BAXTER INTERNATIONAL, INC.

---

2011-1073
(Reexamination No. 90/007,751)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## O R D E R

The Director of the United States Patent and Trademark Office moves for a 47-day extension of time, until September 12, 2011, to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions.

FOR THE COURT

**JUL 2 1 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  William F. Lee, Esq.
      Raymond T. Chen, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**JUL 2 1 2011**

**JAN HORBALY**
**CLERK**